CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

L. Scott Karlin (SBN 90605)
lsk@Karlinlaw.com
David E. Karlin (SBN 275905)
david@Karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendant
Laguna Forest, LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGER,<br><br>　　　　Plaintiff,<br>　　v.<br><br>LAGUNA FOREST, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants, | Case: 8:16-CV-00798-JFW-JEM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## STIPULATION

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 30, 2016                CENTER FOR DISABILITY ACCESS

                                      By: __/s/ Phyl Grace_____
                                              Phyl Grace
                                              Attorneys for Plaintiff

Dated: August 30, 2016                THE KARLIN LAW FIRM LLP

                                      By: __/s/ David Karlin_____
                                              L. Scott Karlin
                                              David E. Karlin
                                              Attorneys for Defendant

IT IS SO ORDERED

August 31, 2016

*[signature]*